# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

THE UNIVERSITY OF CHICAGO and GOKHAN DALGIN
v.
CHRISTINA POULOS, Director of the California Service Center of USCIS; MICHAEL CHERTOFF, Secretary of U.S. DHS; and ROBERT S. MUELLER, III, Director of the FBI

Case Number:

FILED: AUGUST 22, 2008
08CV4823
JUDGE GRADY
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AO
THE UNIVERSITY OF CHICAGO and GOKHAN DALGIN

| | |
|---|---|
| NAME (Type or print) Robert C. Milla | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Robert C. Milla | |
| FIRM Kempster, Keller & Lenz-Calvo, Ltd. | |
| STREET ADDRESS 332 S. Michigan Avenue, Suite 1428 | |
| CITY/STATE/ZIP Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) IL Atty No. 6290234 | TELEPHONE NUMBER 312 341-9730 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |