## United States District Court for the Northern District of Illinois

Case Number: 08cv4823           Assigned/Issued By: j. n.

Judge Name: grady              Designated Magistrate Judge: mason

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____           Receipt #: 3046521_____

Date Payment Rec'd: 8-22-08____    Fiscal Clerk: j. n._____

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_5_ Original and _0_ copies on _8-22-08_ as to attny general; u.s.
                                (Date)
attorney; michael chertoff; robert s.mueller; christina poulos

C:\wpwin80\docket\feeinfo.frm    03/14/05